**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, ESQ., SBN 177452

Attorneys for Defendant, UAL CORPORATION

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| PATRICIA SCHLUNT, an individual; and the ESTATE OF ROBERT J. SCHLUNT, through his Survivor PATRICIA SCHLUNT, <br><br> Plaintiff, <br><br> v. <br><br> UAL CORPORATION, a Delaware Corporation; and DOES 1 to 100, Inclusive, <br><br> Defendants. | **Case No. CV-08-3688 RSWL(RCx)** <br><br> **[PROPOSED] ORDER ON STIPULATION RE: DISMISSAL** <br><br><br> Complaint Filed: April 17, 2008 <br> Date of Trial: July 28, 2009 |

GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES [40]:

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: July 17, 2009

/ s /
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge